Mark W. Good (SBN 218809)
Benedict O'Mahoney (SBN 152447
TERRA Law L.L.P.
117 Park Avenue, Third Floor
San Jose, California 95113
Tel: (408) 299-1200
Fax: (408) 998-4895
Email: mgood@terra-law.com
Email: bomahoney@terra-law.com

Alisa A. Lipski (SBN 278710)
Edward W. Goldstein (TX Bar No. 08099500)
Goldstein & Lipski PLLC
1177 West Loop South, Suite 400
Houston, Texas 77027
Tel: (713) 877-1515
Fax: (713) 877-1737
Email: alipski@gliplaw.com
Email: egoldstein@gliplaw.com

Attorneys for Plaintiff
EIT Holdings LLC

Daralyn Durie (SBN 169825)
Ryan M. Kent  (SBN 220441)
Eugene Novikov (SBN 257849)
Durie Tangri LLP
217 Leidesdorff Street
San Francisco, CA. 94111
Tel: (415) 362-6666
Fax: (415) 236-6300
Email: ddurie@durietangri.com
Email: rkent@durietangri.com
Email: enovikov@durietangri.com

Attorneys for Defendant
eHarmony.com, Incorporated

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| EIT HOLDINGS LLC, a Delaware company<br><br>Plaintiff,<br><br>vs.<br><br>eHarmony.COM, INCORPORATED., a Delaware Corporation,<br><br>Defendant. | CASE NO.  3:11-CV-02463-JCS<br><br>**JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER FOR THREE-MONTH CONTINUANCE OF CASE MANAGEMENT CONFERENCE**<br><br>**DEMAND FOR JURY TRIAL** |

## JOINT STIPULATION

Plaintiff and counterclaim Defendant EIT Holdings, LLC ("EIT") and Defendant and counterclaimn Plaintiff eHarmony.com ("eHarmony") respectfully request that the Court continue the Case Management Conference of August 31, 2012 (Doc 39) for three months, allowing time

1  for *EIT Holdings, LLC v. Yelp! Inc*., Case No. 3:10-cv-05623-WHA (N.D. Cal.), to proceed in the

2  United States Court of Appeals for the Federal Circuit.

3

4  Dated: August 24, 2012                                    Respectfully submitted,

5

6  **Counsel for EIT Holdings, LLC**                    **Counsel for eHarmony.com**

7  By: */s/ Edward W. Goldstein*                         By: *s/  Ryan Kent*

8  Alisa A. Lipski (SBN 278710)                          Daralyn Durie (SBN 169825)
9  Edward W. Goldstein (TX Bar No. 08099500)             Ryan M. Kent  (SBN 220441)
   **GOLDSTEIN & LIPSKI, P.L.L.C.**                      Durie Tangri LLP
10 1177 West Loop South, Suite 400                       217 Leidesdorff Street
   Houston, TX  77027                                    San Francisco, CA. 94111
11 Tel:  713-877-1515                                    Tel:  (415) 362-6666
   Fax:  713-877-1737                                    Fax:  (415) 236-6300
12 Email: alipski@gliplaw.com                            Email:  ddurie@durietangri.com
   Email: egoldstein@gliplaw.com                         Email:  rkent@durietangri.com
13

14 Benedict O'Mahoney (SBN 152447)
   **TERRA Law LLP**
15 177 Park Avenue, Third Floor
   San Jose, California  95113
16 Tel:  (408) 299-1200
   Fax:  (408) 998-4895
17 Email:  bomahoney@terra-law.com

18

19

20                          **ATTESTATION OF CONCURRENCE**

21        I, Edward  W.  Goldstein,  as  the  ECF  user  and  filer  of  this  document,  attest  that

22 concurrence in the filing of this document has been obtained from each of the above signatories.

23        Dated: August 24, 2012                          By: */s/ Edward W. Goldstein*

24                                                        **Counsel for EIT Holdings, LLC**

25

26

27

28

# [~~PROPOSED~~] ORDER

WHEREAS, Plaintiff and Counterclaim Defendant EIT Holdings, LLC and Defendant and Counterclaim Plaintiff eHarmony.com have agreed to continue the Case Management Conference of August 31, 2012 for a three-month period to be reset for November 30, 2012.


NOW, THEREFORE, IT IS SO ORDERED.


DATED: __August 28_____, 2012

_____
HONORABLE JOSEPH C. SPERO
United States District Judge

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>CERTIFICATE OF SERVICE</u>**

     The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on August 24, 2012, or, if not yet registered with the Court's CM/ECF system, via electronic mail pursuant to Fed.R.Civ.P. 5(b)(2)(E).   Any other counsel of record will be served by first class U.S. Mail.

                                        */s/ Edward W. Goldstein*
                                        Edward W. Goldstein